B07670470,B07670465,M07679051,B07670483,B07670480,B07670488

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR, COUNTY OF QUEENS

THE PEOPLE OF THE STATE OF NEW YORK

v.

OSCAR CASILLAS
JOSEPH RIVAS
GAMALIER SILVA
CARLOS RIVERA
DAVID FIGUEROA
IVAN GARCIA
                    DEFENDANTS

STATE OF NEW YORK
COUNTY OF QUEENS

2007QN050563    2007QN050564

2007QN050565    2007QN050566

DETECTIVE ANDREW LENSKI OF NARCOTICS BOROUGH QUEENS, TAX REG#: 900447, BEING DULY SWORN, DEPOSES AND SAYS THAT ON OR ABOUT SEPTEMBER 11 2007 BETWEEN 2:15PM AND 5:15PM, INSIDE OF 420 E. 146TH STREET 308, COUNTY OF BRONX, STATE OF NEW YORK, INSIDE OF 597 E. 138TH STREET, COUNTY OF BRONX, STATE OF NEW YORK, INSIDE OF 908 TIFFANY STREET APARTMENT 5C, COUNTY OF BRONX, STATE OF NEW YORK, ELSEWHERE IN THE COUNTY OF QUEENS AND ELSEWHERE IN THE STATE OF NEW YORK

THE DEFENDANTS COMMITTED THE OFFENSES OF:
PL 220.21-1 (12/14/04) CRIMINAL POSSESSION OF A CONTROLLED SUBSTANCE
                        IN THE FIRST DEGREE
        (DEFENDANTS CASILLAS, RIVAS, SILVA, RIVERA AND FIGUEROA ONLY)
PL 105.15 CONSPIRACY IN THE SECOND DEGREE
        (ALL DEFENDANTS)
PL 220.16-1 CRIMINAL POSSESSION OF A CONTROLLED SUBSTANCE IN THE THIRD
                        DEGREE
        (DEFENDANTS CASILLAS, RIVAS, SILVA, RIVERA AND FIGUEROA ONLY)
PL 470.15-2 MONEY LAUNDERING IN THE SECOND DEGREE
        (ALL DEFENDANTS)
PL 220.06-5 CRIMINAL POSSESSION OF A CONTROLLED SUBSTANCE IN THE FIFTH
                        DEGREE
        (DEFENDANT CASILLAS ONLY)
VTL 1163-A TURNING MOVEMENTS AND REQUIRED SIGNALS
        (DEFENDANTS CASILLAS, RIVAS AND RIVERA ONLY)

IN THAT THE DEFENDANTS, ACTING IN CONCERT, DID: KNOWINGLY AND UNLAWFULLY POSSESS ONE OR MORE PREPARATIONS, COMPOUNDS, MIXTURES OR SUBSTANCES CONTAINING A NARCOTIC DRUG AND SAID PREPARATIONS, COMPOUNDS, MIXTURES OR SUBSTANCES ARE OF AN AGGREGATE WEIGHT OF EIGHT OUNCES OR MORE; WITH INTENT THAT CONDUCT CONSTITUTING A CLASS A FELONY BE PERFORMED, AGREE WITH ONE OR MORE PERSONS TO ENGAGE IN OR CAUSE THE PERFORMANCE OF SUCH CONDUCT; KNOWINGLY AND UNLAWFULLY POSSESS A NARCOTIC DRUG WITH INTENT TO SELL IT; KNOWING THAT ONE OR MORE MONETARY INSTRUMENTS REPRESENTED (A) THE PROCEEDS OF THE CRIMINAL SALE OF A CONTROLLED SUBSTANCE, THE DEFENDANT TRANSPORTED, TRANSMITTED OR TRANSFERRED OR ATTEMPTED TO TRANSPORT, TRANSMIT OR TRANSFER, ON ONE OR

CASILLAS,OSCAR B07670470, RIVAS,JOSEPH B07670465
SILVA,ZAMALIER N07670051, RIVERA,CARLOS B07670483
FIGUEROA,DAVID B07670480, GARCIA,IVAN B07670488

MORE OCCASIONS, MONETARY INSTRUMENTS WHICH IN FACT REPRESENTED THE
PROCEEDS OF THE CRIMINAL SALE OF A CONTROLLED SUBSTANCE FROM A PLACE IN
ANY COUNTY IN THIS STATE TO OR THROUGH A PLACE OUTSIDE THAT COUNTY OR
TO A PLACE IN ANY COUNTY IN THIS STATE FROM OR THROUGH A PLACE OUTSIDE
THAT COUNTY (I) WITH INTENT TO PROMOTE THE CARRYING ON OF SPECIFIED
CRIMINAL CONDUCT OR (II) KNOWING THAT SUCH TRANSPORTATION, TRANSMITTAL
OR TRANSFER IS DESIGNED IN WHOLE OR IN PART TO (A) CONCEAL OR DISGUISE
THE NATURE, THE LOCATION, THE SOURCE, THE OWNERSHIP OR THE CONTROL OF
THE PROCEEDS OF SPECIFIED CRIMINAL CONDUCT OR (B) AVOID ANY TRANSACTION
REPORTING REQUIREMENT IMPOSED BY LAW AND (III) THE TOTAL VALUE OF SUCH
MONETARY INSTRUMENT OR INSTRUMENTS EXCEEDS FIFTY THOUSAND DOLLARS OR
(B) THE PROCEEDS OF SPECIFIED CRIMINAL CONDUCT, (SIC) THE DEPENDANT
TRANSPORTED, TRANSMITTED, OR TRANSFERRED OR ATTEMPTED TO TRANPORT,
TRANSMIT OR TRANSFER, ON ONE OR MORE OCCASIONS, MONETARY INSTRUMENTS
WHICH IN FACT REPRESENT THE PROCEEDS OF SPECIFIED CRIMINAL CONDUCT FROM
A PLACE IN ANY COUNTY IN THIS STATE TO OR THROUGH A PLACE OUTSIDE THAT
COUNTY OR TO A PLACE IN ANY COUNTY IN THIS STATE FROM OR THROUGH A
PLACE OUTSIDE THAT COUNTY (I) WITH INTENT TO PROMOTE THE CARRYING ON OF
SPECIFIED CRIMINAL CONDUCT OR (II) KNOWING THAT SUCH TRANSPORTATION,
TRANSMITTAL OR TRANSFER IS DESIGNED IN WHOLE OR IN PART TO (A) CONCEAL
OR DISGUISE THE NATURE, THE LOCATION, THE SOURCE, THE OWNERSHIP OR THE
CONTROL OF THE PROCEEDS OF SPECIFIED CRIMINAL CONDUCT OR (B) AVOID ANY
TRANSACTION REPORTING REQUIREMENT IMPOSED BY LAW AND (III) THE TOTAL
VALUE OF SUCH MONETARY INSTRUMENT OR INSTRUMENTS EXCEEDS ONE HUNDRED
THOUSAND DOLLARS;KNOWINGLY AND UNLAWFULLY POSSESS COCAINE AND SAID
COCAINE WEIGHS FIVE HUNDRED MILLIGRAMS OR MORE;UNLAWFULLY TURN A
VEHICLE AT AN INTERSECTION WITHOUT GIVING AN APPROPRIATE SIGNAL AS
REQUIRED BY SECTION ELEVEN HUNDRED SIXTY-THREE OF THE VEHICLE AND
TRAFFIC LAW AND WITHOUT THE VEHICLE BEING IN PROPER POSITION UPON THE
ROADWAY AS REQUIRED BY SECTION ELEVEN HUNDRED SIXTY OF THE SAME, OR DID
TURN A VEHICLE INTO A PRIVATE ROAD OR DRIVEWAY OR OTHERWISE TURN FROM A
DIRECT COURSE OR MOVE RIGHT OR LEFT UPON A ROADWAY EVEN THOUGH SUCH
MOVEMENT COULD NOT BE DONE WITH REASONABLE SAFETY


THE SOURCE OF DEPONENT'S INFORMATION AND THE GROUNDS FOR DEPONENT'S
BELIEF ARE AS FOLLOWS:

DEPONENT STATES THAT HE HAS BEEN ASSIGNED TO A LONG-TERM INVESTIGATION
INTO THE NARCOTICS TRAFFICKING AND MONEY LAUNDERING ACTIVITIES OF THE
ABOVE-CAPTIONED DEFENDANTS.  DEPONENT STATES THAT UPON CONVERSATIONS
OCCURRING BETWEEN THE ABOVE-CAPTIONED DEFENDANTS AS DETAILED BELOW AND
MEETINGS BETWEEN THE ABOVE CAPTIONED DEFENDANTS AS DETAILED BELOW, THE
DEFENDANTS DISCUSSED, PLANNED, ARRANGED AND AGREED TO SELL AND
DISTRIBUTE NARCOTICS IN QUEENS COUNTY AND ELSEWHERE IN THE STATE OF
NEW YORK AND DISCUSSED, PLANNED, ARRANGED, AND AGREED TO TRANSPORT AND
DELIVER MONEY, THE PROCEEDS OF NARCOTICS TRAFFICKING, IN QUEENS COUNTY
AND ELSEWHERE IN THE STATE OF NEW YORK.

DEPONENT STATES THAT HE IS A DETECTIVE WITH THE NEW YORK CITY POLICE
DEPARTMENT, CURRENTLY ASSIGNED TO NARCOTICS BOROUGH QUEENS (NBQ).
DEPONENT STATES THAT HE HAS BEEN A POLICE OFFICER FOR APPROXIMATELY 15
YEARS AND HE HAS BEEN ASSIGNED TO INVESTIGATE NARCOTICS CASES FOR
APPROXIMATELY NINE YEARS.  DEPONENT STATES THAT HIS PRINCIPAL DUTIES
WITH NBQ HAVE CONCERNED INVESTIGATIONS OF MIDDLE TO UPPER LEVEL
NARCOTICS TRAFFICKERS AND MONEY LAUNDERERS WHO LAUNDER THE PROCEEDS OF

CASILLAS,OSCAR  B07670470, RIVAS,JOSEPH  B07670465
SILVA,GANALIER  M07670051, RIVERA,CARLOS  B07670463
FIGUEROA,DAVID  B07670480, GARCIA,IVAN  B07670488

NARCOTICS TRAFFICKING.  DEPONENT STATES THAT THESE INVESTIGATIONS HAVE RESULTED IN NUMEROUS ARRESTS OF INDIVIDUALS FOR VIOLATIONS OF THE CONTROLLED SUBSTANCE STATUTES AND MONEY LAUNDERING STATUTES OF THE STATE OF NEW YORK.  DEPONENT STATES THAT BASED UPON HIS TRAINING AND EXPERIENCE HE HAS BECOME FAMILIAR WITH THE MANNER IN WHICH BOTH NARCOTICS AND MONEY ARE TRANSPORTED AND STORED BY ORGANIZATIONS THAT ARE INVOLVED IN NARCOTICS TRAFFICKING AND MONEY LAUNDERING.  DEPONENT STATES THAT HE HAS PARTICIPATED IN PHYSICAL SURVEILLANCE OF THOSE PEOPLE WHO ARE INVOLVED IN NARCOTICS TRAFFICKING AND MONEY LAUNDERING, AND THUS, HAS BECOME FAMILIAR WITH THE MANNER IN WHICH THEY TRANSPORT AND DELIVER SUCH ILLICIT PROCEEDS.

DEPONENT STATES THAT ON THE ABOVE MENTIONED DATE AT APPROXIMATELY 2:15 P.M. IN THE VICINITY OF 597 EAST 138TH STREET, BRONX, NEW YORK, HE OBSERVED DEFENDANT CARLOS RIVERA DRIVING A CHEVROLET MALIBU WHICH PULLED UP IN FRONT OF THE 597 EAST 138TH STREET, BRONX COUNTY, NEW YORK. DEPONENT FURTHER STATES THAT HE OBSERVED DEFENDANT DAVID FIGUEROA EXIT THE VEHICLE AND WALK UP THE ABOVE MENTIONED LOCATION WITH A WHITE BAG WHICH WAS SQUARED OFF AT THAT BOTTOM AND APPEARED TO BE WEIGHED DOWN. DEPONENT FURTHER STATES THAT HE OBSERVED DEFENDANT FIGUEROA WAS MET AT THE DOOR TO THE LOCATION BY DEFENDANT JOSEPH RIVAS. DEPONENT STATES THAT THE ABOVE MENTIONED LOCATION IS A COMPUTER REPAIR SHOP CALLED THE "COMPUTER DOCTOR." DEPONENT FURTHER STATES THAT HE OBSERVED DEFENDANTS FIGUEROA AND RIVAS ENTER THE ABOVE LOCATION AND REMAIN INSIDE OF THE LOCATION FOR APPROXIMATELY FIVE MINUTES WHILE DEFENDANT RIVERA REMAINED INSIDE OF THE VEHICLE.  DEPONENT FURTHER STATES THAT AFTERWARDS HE OBSERVED DEFENDANTS FIGUEROA AND RIVAS EXIT THE LOCATION EMPTY HANDED. DEPONENT FURTHER STATES THAT HE OBSERVED DEFENDANT FIGUEROA RETURN TO THE VEHICLE AND DEFENDANT RIVAS RETURN TO THE ABOVE LOCATION. DEPONENT FURTHER STATES THAT HE OBSERVED DEFENDANTS RIVERA AND FIGUEROA DRIVE AWAY.

DEPONENT STATES THAT HE IS INFORMED BY DETECTIVE SCOTT PURCELL THAT ON THE ABOVE MENTIONED DATE AT APPROXIMATELY 2:40 P.M. HE OBSERVED DEFENDANTS RIVERA AND FIGUEROA DRIVE TO 908 TIFFANY STREET, BRONX, NEW YORK.  DEPONENT STATES THAT HE IS FURTHER INFORMED BY DETECTIVE PURCELL THAT HE OBSERVED DEFENDANT FIGUEROA EXIT THE VEHICLE WITH ANOTHER WHITE BAG WHICH WAS SQUARED OFF AT THE BOTTOM AND APPEARED TO BE WEIGHTED DOWN, AND ENTER THE ABOVE LOCATION. DEPONENT FURTHER STATES THAT DEFENDANT FIGUEROA REMAINED INSIDE OF THE ABOVE LOCATION FOR APPROXIMATELY THIRTY MINUTES AND EXIT THEREAFTER.  DEPONENT STATES THAT HE IS FURTHER INFORMED BY DETECTIVE PURCELL THAT HE OBSERVED DEFENDANT FIGUEROA RETURN TO THE CHEVROLET MALIBU.  DEFENDANTS RIVERA AND FIGUEROA THEN REMAINED INSIDE OF THE MALIBU FOR APPROXIMATELY TEN MINUTES AND THEN DETECTIVE PURCELL OBSERVED DEFENDANT OSCAR CASILLAS ARRIVE AT THE ABOVE LOCATION IN A CHRYSLER PT CRUISER WHERE HE WAS ACCOMPANIED BY AN UNAPPREHENDED FEMALE, MARIA RODRIGUEZ.  DEPONENT FURTHER STATES THAT HE THEN OBSERVED CASILLAS EXIT THE VEHICLE AND APPROACH THE MALIBU WHERE HE ENGAGED IN CONVERSATION WITH DEFENDANTS RIVERA AND FIGUEROA.  DEPONENT STATES THAT HE IS INFORMED BY DETECTIVE PURCELL THAT HE THEN OBSERVED DEFENDANT CASILLAS GO INSIDE THE ABOVE MENTIONED LOCATION AND RETURN OUTSIDE OF THE LOCATION SHORTLY THEREAFTER.  DEPONENT STATES THAT HE IS FURTHER INFORMED BY DETECTIVE PURCELL THAT DEFENDANT CASILLAS THEN RETURNED TO THE MALIBU WHERE HE ENGAGED IN FURTHER CONVERSATION WITH DEFENDANTS RIVERA AND FIGUEROA. DEPONENT STATES THAT HE IS FURTHER INFORMED BY DETECTIVE PURCELL THAT HE

CASILLAS,OSCAR  B07670470, RIVAS,JOSEPH  B07670465
SILVA,GAMALIER  M07670051, RIVERA,CARLOS  B07670463
FIGUEROA,DAVID  B07670480, GARCIA,IVAN  B07670488

COUNTY, AND THEN RETURNS THE PROCEEDS TO THE ABOVE MENTIONED LOCATION.

DEPONENT STATES THAT AT HE WAS PRESENT FOR THE EXECUTION OF SEARCH
WARRANTS SIGNED BY THE HONORABLE MARY O'DONOGHUE, JUSTICE OF THE
CRIMINAL COURT, QUEENS COUNTY ON SEPTEMBER 11, 2007, FOR 908 TIFFANY
STREET, BRONX COUNTY, STATE OF NEW YORK AND FOR 597 E. 138TH STREET,
BRONX COUNTY, STATE OF NEW YORK.  DEPONENT STATES THAT HE RECOVERED
THE FOLLOWING FROM 597 E. 138TH STREET, BRONX COUNTY:  FOUR SUITCASES
WHICH CONTAINED EGG CRATE PACKAGING AND PLASTIC WRAPPING WITH DUCT
TAPE AROUND IT THAT IS INDICTIVE OF COCAINE PACKAGING.  DEPONENT
STATES THAT HIS CONCLUSION THAT THIS IS COCAINE PACKAGING IS BASED ON
HIS TRAINING AND EXPERIENCE AS A NARCOTICS OFFICER AND BASED ON THE FACT
THAT THE COCAINE SEIZED FROM 420 E. 146TH STRET, BRONX NEW YORK WAS IN
IDENTICAL PACKAGING.  DEPONENT FURTHER STATES THAT HE RECOVERED
RECORDS OF NARCOTICS TRAFFICKING INSIDE OF 597 E. 138TH STREET.

DEPONENT STATES THAT HE IS INFORMED BY DETECTIVE JAMES LYONS THAT HE
RECOVERED OVER $300,000 UNITED STATES CURRENCY INSIDE OF A TRAP THAT WAS
BUILT INTO A TELEVISION STAND INSIDE OF 908 TIFFANY STREET, APARTMENT
5C, BRONX, NEW YORK.  DEPONENT FURTHER STATES THAT HE IS FURTHER
INFORMED BY DETECTIVE LYONS THAT HE ALSO RECOVERED AN ELECTRONIC MONEY
COUNTER FROM THE ABOVE LOCATION AND A QUANTITY OF COCAINE INSIDE OF
THE LOCATION AND SAID COCAINE WEIGHED IN EXCESS OF 500 MILLIGRAMS.
DEPONENT STATES THAT HE IS FURTHER INFORMED BY DETECTIVE LYONS THAT
HIS CONCLUSION THAT THE ABOVE SUBSTANCE IS COCAINE IS BASED ON HIS
TRAINING AND EXPERIENCE AS A POLICE OFFICER AND BASED ON HIS TRAINING IN
THE IDENTIFICATION AND PACKAGING OF CONTROLLED SUBSTANCES.  DEPONENT
STATES THAT MARIA RODRIGUEZ INFORMED HIM THAT OSCAR CASILLAS LIVES AT
908 TIFFANY STREET APARTMENT 5C.  DEPONENT FURTHER STATES THAT HE
RECOVERED A SET OF KEYS FROM DEFENDANT OSCAR CASILLAS AND THAT ONE OF
THE KEYS FIT INTO THE LOCK OF 908 TIFFANY STREET APARTMENT 5C.

DEPONENT FURTHER STATES THAT IT IS HIS OPINION, BASED UPON THE ABOVE
OBSERVATIONS AND HIS EXPERIENCE AND TRAINING DETAILED ABOVE, AS WELL
AS STATEMENTS MADE BY THE DEFENDANTS, OF THE FOLLOWING:  DEFENDANT
RIVERA AND DEFENDANT FIGUEROA WENT TO 597 EAST 138TH STREET, BRONX
COUNTY TO MEET DEFENDANT RIVAS AND DELIVER A BAG CONTAINING MONEY, THE
PROCEEDS OF NARCOTICS TRAFFICKING.  DEFENDANTS RIVERA AND FIGUEROA
THEN DROVE TO 908 TIFFANY STREET TO DELIVER AN ADDITIONAL AMOUNT OF
MONEY, $300,000, WHICH WAS RECOVERED PURSUANT TO THE EXECUTION OF A
SEARCH WARRANT.  DEFENDANTS RIVERA, RIVAS, FIGUEROA, AND CASILLAS THEN
DROVE TO 420 EAST 146TH STREET TO PICK UP A QUANTITY OF COCAINE AT A
STORAGE LOCATION MAINTAINED BY DEFENDANT SILVA.

DEPONENT STATES THAT THE FOLLOWING OVERT ACTS, AMONG OTHERS, WERE
COMMITTED IN FURTHERANCE OF THE CONSPIRACY:

DEFENDANTS RIVERA AND FIGUEROA DELIVERED A SUM OF UNITED STATES
CURRENCY, THE PROCEEDS OF NARCOTICS TRAFFICKING TO DEFENDANT RIVAS AT
597 E. 138TH STREET, BRONX COUNTY.

DEFENDANTS RIVERA AND FIGUEROA DELIVERED A SUM OF UNITED STATES
CURRENCY, IN EXCESS OF $300,000 TO DEFENDANT CASILLAS AT 908 TIFFANY
STREET, APARTMENT 5C, BRONX COUNTY.

DEFENDANT SILVA MAINTAINED A STORAGE LOCATION TO STORE OVER EIGHT OUNCES

CASILLAS,OSCAR  B07670470, RIVAS,JOSEPH  B07670465
SILVA,CAMALIER  M07679051, RIVERA,CARLOS  B07670483
FIGUEROA,DAVID  B07670480, GARCIA,IVAN  M07670488
OF COCAINE AT 420 E. 146TH STREET, APARTMENT 308, BRONX COUNTY.

DEFENDANTS RIVERA, FIGUEROA, RIVAS AND CASILLAS WERE GOING TO PICK UP
OVER EIGHT OUNCES OF COCAINE FROM DEFENDANT SILVA AT 420 E. 146TH
STREET, APARTMENT 308, BRONX COUNTY.

DEFENDANT GARCIA WENT TO DELIVER OVER $50,000 UNITED STATES CURRENCY
TO DEFENDANT RIVAS FROM A PRIOR NARCOTICS SALE THAT TOOK PLACE IN QUEENS
COUNTY.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE
PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT
TO SECTION 210.45 OF THE PENAL LAW

_____
DATE        SIGNATURE

SWORN TO BEFORE ME ON THE
DAY OF


_____
DATE        SIGNATURE