**Declaration of Perjury**  October 01, 2007
(Pursuant to Title 28 USCS §1745)

Signed this __01__ day of __October__ 200_7_, I declare under penalty of perjury that the foregoing is true and correct.

To Whom It May Concern;

I, Ivan Garcia, state that I don't know who Joseph Rivas is and I have never dealt with him in any way. However, I heard about the wonderful work that Mr. Rivas and his crew of technicians can do for computers.

The statement made by Detective Scott Purcell on/or around September 11, 2007 in which he claimed that I stated to picking up cocaine from Joseph Rivas' store(Computer Doctors) was never made by me.

Furthermore, I can reassure that there is no video recording, no tape recording, no written or verbal statement and/or no document of any type signed by me to validate such claim.

I voluntarily make this statement on the sole purpose to clear Joseph Rivas from any misunderstanding that he is being submitted to. Thank you.

X *[signature: Ivan Garcia]*

B/C # 44107-11201
P/R # 207QN050564