# Affidavit

February 4, 2008
David Figueroa
B/C # 441-07-11203
G.R.V.C 6-B
09-09 Hazen Street
East Elmhurst, N.Y. 11370

RE: Indictment No. QN10973/2007

I, David Figueroa, being duly sworn deposes and says: that on September 11, 2007 At around 2:15 P.M., I went inside an electronics store named Computer Doctor looking to purchase a computer. I had with me a bag that contained some clothes and a few personal items, nothing more. The purpose of my visit to the store was to buy the ideal laptop at the best possible price. I spoke to the shop owner, Mr. Joseph Rivas whom I found to be extremely knowledgeable in the area of computers. He recommended me a unit that cost around $600. I did not have that amount so I offered him $400 for an open box unit, hoping to get it for at least $500, my target price. Nevertheless we could not agree on the price. I asked one of the employees to safeguard my bag while I ran out to get more money, and at the same time that would buy me more time to think about the $500-$550 investment. I was not able to go back to the store because on that same day I was arrested and charged with several crimes and the most damaging of my crimes was the bag that I left at the electronic store.

According to the Police report # 2007QN050564 there was something illegal in such bag, suggesting that I had drugs or money. This is very far from the truth. Please do not hesitate to inspect such bag which is available inside the computer store or by asking the district attorney.

Never, in no way have I carried drugs or illegal money for anyone. Knowing this fact, I would like to follow my lawyers (Mr. Jeffery Cohen) advice and go forward with his recommendation.

Truly,

*[signature]*

David Figueroa

Declaration of Perjury
(pursuant to title 28 USCS §1745)

Signed this 4th day of February, 2007, I declare under penalty of perjury that this document is true and correct.

To Whom It May Concern;

I, David Figueroa, state on this letter that on September 11, 2007 around 2:15 p.m. I went to a computer Store located at 597 E, 138th Street in the Bronx with a white bag that contains clothes and personal items, nothing illegal. Please, note that I know Mr. Joseph Rivas for around one month or more, from the computer Store above mentioned. I am aware that a Detective (NYPD) stated that I had something illegal in such bag. This is not true. If the Detective suspected of any illegal merchandise, why didn't he stop me, check and observe, that I had only clothes, and personal items? Please do not hesitate to inspect such bag which is available inside the computer store or by asking the D.A.

I have never dealt in any illegal way with Mr. Joseph Rivas or anybody else, however I visited his facility(store), because of the friendly treatment and prices I could get. I was in the process of putting the money together to buy a laptop that is the only thing I am guilty of.

Sincerely,

X _____
David Figueroa    12-19-07