UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JOSEPH RIVAS,

                                Plaintiff,

        -against-

CITY OF NEW YORK, DETECTIVE SCOTT PURCELL and DETECTIVE ANDREW LENSKI, "JOHN DOE," "RICHARD ROE," and "HENRY HOE." Names being fictitious, true names being unknown to plaintiff, persons intended to being officers of the NYPD who were involved in the arrests, of plaintiff, as herein alleged,

                                Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

12 CV 0101 (DAB) (FM)

        **PLEASE TAKE NOTICE** that **Liza Sohn**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York.

Dated:       New York, New York
               March 20, 2012

                                      MICHAEL A. CARDOZO
                                      Corporation Counsel of the City of New York
                                      *Attorney for Defendant City of New York*
                                      100 Church Street | Room 3-183
                                      Tel: (212) 788-0715

                                      By:    /s/
                                                Liza Sohn
                                                Assistant Corporation Counsel
                                                Special Federal Litigation Division

cc:     BY ECF
           Michael R. Scolnick